WILLIAM CAREY, Respondent, *v.* CO-CO-OI TRANSPORTATION, INC., Appellant, Impleaded with Others.

Argued April 18, 1940; decided May 21, 1940.

*Edward M. Fuller, I. Maurice Wormser* and *Daniel Mungall* for appellant.

*Samuel Justin Jackman* and *Max Brandes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LOUGHRAN, J.